ACCEPTED
12-15-00082-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/14/2015 10:29:33 PM
CATHY LUSK
CLERK

## No. 12-15-00082-CR

| | | |
|---|---|---|
| **DAVID MARK DAVIS II,** | § | **IN THE TWELFTH** |
| **Appellant,** | § | |
| | § | |
| **VS** | § | **COURT OF APPEALS** |
| | § | |
| **STATE OF TEXAS,** | § | |
| **Appellee.** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/14/2015 10:29:33 PM
CATHY S. LUSK
Clerk

### APPELLANT'S SUPPLEMENT TO ORIGINAL DOCKETING STATEMENT

Appellant, David Mark Davis II, filed his initial docketing statement for the above styled case with this Court on April 1, 2015. At the time he filed said docketing statement, he did not know the name of the Court Reporter who will make the Reporter's Record to be filed in this case. The Appellant has since become aware of the name of the Court Reporter and makes this supplement to his original docketing statement with this newly discovered information:

**Court Reporter: Ms. Wendy Wilkerson**

Appellant request the Honorable Clerk of this Court to supplement the case file with this new information as this will provide a more complete record for this appeal.

Respectfully Submitted,

David Mark Davis II
Appellant, *Pro Se*

# CERTIFICATE OF SERVICE

I certify that at the time of efiling this document, I served a copy of *APPELLANT'S SUPPLEMENT TO ORIGINAL DOCKETING STATEMENT* on the party listed below by electronic service, and the electronic transmission was reported as complete.

My e-mail address is dmarkdavis2@gmail.com.

1. Mr. Ed C. Jones
   Attorney for the State
   ejones@angelinacounty.net

.

David Mark Davis II

Defendant, Pro Se